UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANET S. LEIWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06 CV 196 DDN |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF REMAND**

In accordance with the Memorandum filed herewith,

**IT IS HEREBY ORDERED** that the final decision of the defendant is reversed under Sentence Four of 42 U.S.C. § 405(g) and remanded for further proceedings consistent with the opinion of the court.

                        /S/ David D. Noce
                        **DAVID D. NOCE**
                        **UNITED STATES MAGISTRATE JUDGE**

Signed on February 26, 2007.